JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2008

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 2 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED
RICE LITIGATION
    Roger Webb, et al. v. Riceland Foods, Inc.,    )
        E.D. Arkansas, C.A. No. 4:08-1048    )

MDL No. 1811

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE NOVEMBER 20, 2008, HEARING SESSION

    A conditional transfer order was filed in this action (*Webb*) on September 3, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Webb* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Webb* was remanded to the Circuit Court of Lonoke County, Arkansas, by the Honorable William R. Wilson, Jr., in an order filed on November 4, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-24" filed on September 3, 2008, is VACATED.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 22, 2008, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

NOV - 6 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION