UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

Judge Frank C. Damrell, Jr.
United States District Court
Eastern District of California

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

December 19, 2008

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Re: MDL No. 1811-- IN RE: Genetically Modified Rice Litigation

(See Attached CTO-28)

Dear Mr. Woodward:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 3, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Dana L. Stewart
Dana L. Stewart
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Catherine D. Perry

JPML Form 36A

IN RE: GENETICALLY MODIFIED RICE LITIGATION      MDL No. 1811

## INVOLVED COUNSEL LIST (CTO-28)

Alex Barlow
SANFORD PINEDO LLP
2016 Bissonnet Street
Houston, TX 77005-1647

Paul Byrd
HARE WYNN NEWELL & NEWTON LLP
Metropolitan National Bank Plaza
4220 North Rodney Parham Road
Suite 250
Little Rock, AR 72212

Andrew H. Dallas
BARRETT & DEACON
P.O. Box 1700
Jonesboro, AR 72403-1700

R. Margaret Dobson
DOBSON LAW FIRM
P.O. Box 459
Sheridan, AR 72150

Don M. Downing
GRAY RITTER & GRAHAM PC
701 Market Street
Suite 800
St. Louis, MO 63101-1826

Christopher M. Hohn
THOMPSON & COBURN LLP
One US Bank Plaza
Suite 26
St. Louis, MO 63101-1693

Jerry Kelly
KELLY LAW FIRM
P.O. Box 500
Lonoke, AR 72086

Terry R. Lueckenhoff
FOX GALVIN LLC
One S. Memorial Drive
12th Floor
St. Louis, MO 63102

James J. Thompson, Jr.
HARE WYNN NEWELL & NEWTON LLP
Massey Building
2025 Third Avenue, North
Suite 800
Birmingham, AL 35203

A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Dec 19, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 03, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
DEC 1 9 2008
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN RE: GENETICALLY MODIFIED RICE LITIGATION
Roger Webb, et al. v. Riceland Foods, Inc.,
   E.D. Arkansas, C.A. No. 4:08-1048
Devillier Seed, Inc., et al. v. Bayer CropScience, LP,
   S.D. Texas, C.A. No. 3:08-236

MDL No. 1811

**CONDITIONAL TRANSFER ORDER (CTO-28)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 260 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 19, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel