UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) ) | 4:06 MD 1811 (CDP) |
| This document relates to: | ) ) | |
| ROGER WEBB, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: 4:08-CV-1971 (CDP) (E.D. AR No. 4:08-CV-1048-WRW) |
| RICELAND FOODS, INC., | ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs Roger Webb, Harold West, and Joann West and Defendant Riceland Foods, Inc., pursuant to Rule 41(a), FED. R. CIV. P., and hereby agree and stipulate to dismiss this action without prejudice. Each party shall bear his, her, or its own costs and attorneys' fees in this action.

Respectfully submitted,

BARRETT & DEACON, P. A.
Barry Deacon
Andrew H. Dallas
300 South Church Street
P.O. Box 1700
Jonesboro, Arkansas 72403
870-931-1700
870-931-1800 (facsimile)

- 2 -

THOMPSON COBURN LLP

By: /s/ Christopher M. Hohn
    John R. Musgrave, #3917
    Christopher M. Hohn # 62067
    One US Bank Plaza
    St. Louis, Missouri  63101
    314-552-6000
    314-552-7000 (facsimile)

Attorneys for Defendant Riceland Foods, Inc.

HARE, WYNN, NEWELL & NEWTON, LLP,
A Limited Liability Partnership

By: /s/ Donald P. McKenna, Jr.(with consent)
    Donald P. McKenna, Jr.
    The Massey Building, Suite 800
    Birmingham, Alabama 35203
    205-328-5330
    205-324-2165 (facsimile)

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served electronically by means of the Court's CM/ECF electronic filing system on September 11, 2009, on all counsel of record.

                                /s/ Christopher M. Hohn